No. 222. VEVE, PETICIONARIO, *v.* TEXIDOR, JUEZ DISTRITO SAN JUAN, SECCIÓN 1ª., DEMANDADO.—*Certiorari.* Marzo 7, 1918. *No ha lugar a expedir el auto solicitado.*

---

No. 1812. PANIAGUA, APELANTE, *v.* NOBLE ET AL., APELADOS. — Tercería sobre bienes muebles; nuevo juicio. San Juan, Sección 1ª. Marzo 12, 1918. *Desestimada la apelación, vista la moción del demandado W. D. Noble.*

---

No. 347. CREHORE, RECURRENTE, *v.* REGISTRADOR DE PONCE, RECURRIDO. — Recurso gubernativo. Marzo 14, 1918. *Teniendo por desistido al recurrente.*

---

No. 1239. GARCÍA o FIGUEROA, PETICIONARIO Y APELANTE, Y EL PUEBLO, OPOSITOR Y APELADO.—*Habeas corpus.* Ponce. Marzo 18, 1918. *Revocada la resolución y devuelto el caso para que se resuelva el habeas corpus.*

---

No. 1240. EL PUEBLO, APELADO, *v.* COMAS, APELANTE.—Infracción artículo 300 del Código Penal. Humacao. Marzo 18, 1918. *Confirmada la sentencia apelada.*

---

No. 1241. EL PUEBLO, APELADO, *v.* MARTÍNEZ ET AL., APELANTES. — Juegos prohibidos. Humacao. Marzo 18, 1918. *Confirmada la sentencia apelada.*

---

No. 1816. SETTI Y PIATOLLI ET AL., APELADOS, *v.* PÉREZ, APELANTE.—Reivindicación. San Juan, Sección 1ª. Marzo 19, 1918. *Desestimada la apelación.*